IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN
    Plaintiff,

v.                                                                                CV No. 20-170 GJF/CG

TAP ROCK RESOURCES, LLC.,
    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant Tap Rock Resources, LLC's *Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 7), filed March 13, 2020. In the Motion, Defendant requests a one-week extension to file his response to Plaintiff's Complaint. (Doc. 7 at 2). The Court, having reviewed the Motion and noting it is unopposed, finds it shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **March 31, 2020**, to file his response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE