IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

       Plaintiff,

v.                                                               CV No. 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

       Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **September 1, 2020, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE