IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

      Plaintiff,

v.                                                           CV No. 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendant Tap Rock Resources, LLC's *Unopposed Motion for Extension of Time to Move to Compel Under D.N.M.LR-CIV. 37.1* (the "Motion"), (Doc. 52), filed August 4, 2020. In the Motion, Defendant requests an additional thirty-five days to file a Motion to Compel pursuant to Rule 26.6 and Rule 37.1. (Doc. 52 at 1). As grounds for the Motion, Defendant explains "the parties are continuing to work in good faith to resolve the [] outstanding disputes." *Id.* at 2. The Court, having review the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE