**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GARY MARTIN,

        Plaintiff,

v.                                                         CV No. 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

        Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Defendant Tap Rock Resources, LLC's *Motion to Compel Verification Form From Plaintiff Gary* Martin (the "Motion"), (Doc. 54), filed August 5, 2020. Plaintiff may file a Response to Defendant's Motion no later than **August 14, 2020**. Defendant may file a Reply in support of its Motion no later than **August 19, 2020**.

        **IT IS SO ORDERED**.

                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE