# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

    Plaintiff,

v.                                                    CV No. 20-170 WJ/CG

TAP ROCK RESOURCES, LLC., et al.,

    Defendants.

## ORDER STAYING DISCOVERY ON SUGGESTION OF BANKRUPTCY AND VACATING EXPEDITED BRIEFING SCHEULE AND STATUS CONFERENCE

**THIS MATTER** is before the Court on Defendant Tap Rock Resources, LLC's *Suggestion of Bankruptcy for Third-Party Defendant RWDY, Inc.* (the "Notice"), (Doc. 56), filed August 7, 2020. In the Notice, Defendant advises the Court that third-party Defendant RWDY, Inc., filed for Chapter 11 bankruptcy. (Doc. 56 at 1). As a result, Defendant indicates that pursuant to Section 362 of the Bankruptcy Code, this action is automatically stayed pending resolution of the bankruptcy proceeding. *Id.* at 2.

**IT IS THEREFORE ORDERED** that Defendant Tap Rock Resources, LLC's *Motion to Compel Verification form from Plaintiff Gary Martin*, (Doc. 54), is **DENIED** as moot. The accompanying expedited briefing schedule, (Doc. 55), is therefore **VACATED**.

**IT IS FURTHER ORDERED** that the telephonic status conference set for September 1, 2020, (Doc. 46), is hereby **VACATED**.

**IT IS FINALLY ORDERED** that the parties are directed to file a Joint Status Report no later than **January 5, 2021**, advising the Court of the status of the bankruptcy proceeding.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE