IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

        Plaintiff,

v.                                                CV No. 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

        Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE , HEARING ON MOTION, & GRANTING DEFENDANT EXTENSION TO FILE RESPONSE

**THIS MATTER** is before the Court on Defendant Tap Rock Resources, LLC's *Motion for Clarification of Order Staying Discovery on Suggestion of Bankruptcy and Vacating Expedited Briefing Schedule and Status Conference* (the "Motion to Clarify"), (Doc. 58), filed August 20, 2020, and Defendant's *Emergency Motion for Extension of Time to Respond to Plaintiff Gary Martin's Motion for Conditional Certification and Court-Authorized Notice* (the "Motion to Extend"), (Doc. 59), filed August 25, 2020.

**IT IS HEREBY ORDERED** that Plaintiff may file a Response to Defendant's Motion to Clarify explaining its opposition to the Court's stay pending the bankruptcy proceedings by **September 1, 2020**. A telephonic hearing on Defendant's Motion to Clarify will be held on **September 2, 2020, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that Defendant's Motion to Extend, (Doc. 59), is hereby **GRANTED**. The Court will reset the deadline for Defendant to respond to Plaintiff's *Motion for Conditional Certification*, (Doc. 49), after considering the parties' arguments at the hearing.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE