IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

      Plaintiff,

v.                                                                            CV No. 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

      Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Defendant Tap Rock Resources, LLC's *Motion for Clarification of Order Staying Discovery on Suggestion of Bankruptcy and Vacating Expedited Briefing Schedule and Status Conference* (the "Motion to Clarify"), (Doc. 58), filed August 20, 2020; and Plaintiff Gary Martin's *Emergency Motion to Lift the Stay, or Sever the Third Party Claim, and Request for Hearing* (the "Motion to Lift the Stay"), (Doc. 61), filed August 27, 2020; and the argument presented by counsel at the motion hearing, (Doc. 62), held September 2, 2020.

**IT IS HEREBY ORDERED** that Defendant may file a Response to Plaintiff's Motion to Lift the Stay, discussing the merits of the issues currently before the Court, no later than **September 9, 2020**. Plaintiff may file its Reply in support of its Motion to Lift the Stay no later than **September 14, 2020**. The Court will reset the deadline for Defendant to respond to Plaintiff's *Motion for Conditional Certification*, (Doc. 49), after deciding the motions pending before the Court. After review of the parties' briefing, the Court may set this matter for hearing on the merits of the Plaintiff's motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE