IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

        Plaintiff,

v.                                                                                                    CV No. 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

        Defendant.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Defendant Tap Rock's *Motion to Clarify Order Staying Discovery on Suggestion of Bankruptcy and Vacating Expedited Briefing Schedule and Status Conference* (the "Motion to Clarify"), (Doc. 58), filed August 20, 2020, and Plaintiff Gary Martin's *Emergency Motion to Lift Stay, or Sever Third Party Claim, and Request for Hearing re Order on Motion to Compel* (the "Motion to Lift the Stay"), (Doc. 61), filed August 27, 2020.

**IT IS HEREBY ORDERED** that a telephonic Motion Hearing is scheduled for **Friday, September 18, 2020, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE