# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

        Plaintiff,

v.                                                                                              No. CV 20-170 WJ/CG

TAP ROCK RESOURCES, LLC, et al.,

        Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND HEARING ON MOTION

**THIS MATTER** is before the Court on review of the record. Counsel indicated at the Court's *Status Conference* held on March 3, 2021, that Defendant Tap Rock intends to file a motion to compel (the "Motion") by March 8, 2021. (Doc. 82).

**IT IS HEREBY ORDERED** that Plaintiff may file a Response to Defendant's Motion by **March 15, 2021**. Defendant may file a Reply in support of its Motion by **March 19, 2021**.

**IT IS FURTHER ORDERED** that a telephonic Motion Hearing is scheduled **March 23, 2021, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings. The Court will reset the deadline for Defendant to respond to Plaintiff's *Motion for Conditional Certification*, (Doc. 49), after the Motion Hearing.

        **IT IS SO ORDERED**.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE