IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

        Plaintiff,

v.                                                                                                                No. CV 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

        Defendant.

## ORDER VACATING MOTION HEARING
## AND RESETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon review of the record. Upon receipt of Defendant Tap Rock Resources, LLC's *Notice of Withdrawal of Motion to Compel Martin's Verification and Plaintiff's Discovery Responses* (the "Notice"), (Doc. 86), filed March 15, 2021, the Court shall vacate the Motion Hearing scheduled for Tuesday, March 23, 2021.

**IT IS THEREFORE ORDERED** that the Motion Hearing scheduled for Tuesday, March 23, 2021, at 2:00 p.m. is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Defendants may file their response to Plaintiff's *Motion for Conditional Certification and Court-Authorized* Notice, (Doc. 49), by **April 15, 2021**. Plaintiff may file a reply in support of his motion no later than **April 29, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE