**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GARY MARTIN,

      Plaintiff,

v.                                                                                    No. CV 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

      Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendant Tap Rock Resources, LLC's

*Second Unopposed Motion for Extension of Time to Move to Compel Under D.N.M.LR-*

*CIV. 37.1* (the "Motion"), (Doc. 88), filed March 30, 2021. In the Motion, Defendant

requests an additional thirty days to file a Motion to Compel pursuant to Local Rules

26.6 and 37.1. (Doc. 88 at 1). As grounds for the Motion, Defendant explains "[t]he

parties are continuing to work in good faith to resolve the [] outstanding disputes." *Id.* at

3. The Court, having review the Motion and noting it is unopposed, finds the Motion is

well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the deadline for Defendant Taprock

Resources, LLC to file a motion to compel shall be extended to **April 29, 2021**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE