IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

       Plaintiff,

v.                                                                         No. CV 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

       Defendant.

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS AND CASE DEADLINES PENDING MEDIATION

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Proceedings and Case Deadlines Pending Mediation* (the "Motion"), (Doc. 91), filed April 13, 2021. In the Motion, the parties request that the Court "stay all proceedings and deadlines in this case to allow the [p]arties to attend mediation." (Doc. 91 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that all proceedings in this case and case deadlines shall be stayed through and including **June 14, 2021**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report within fourteen days of the parties' mediation, notifying the Court of the results of the mediation. If mediation is unsuccessful, the parties shall also provide the Court a proposed amended scheduling order to govern the remainder of this case, within fourteen days of the parties' mediation.

**IT IS FURTHER ORDERED** that the statute of limitations for the Putative Class Members, defined as "oilfield workers whom Martin contends Tap Rock paid a day-rate

1

with no overtime compensation," (Doc. 91 at 2), is tolled from the date this Order is entered until the parties submit the Joint Status Report notifying the Court of the outcome of mediation pursuant to the parties' agreement with respect to same.

**IT IS FINALLY ORDERED** the Status Conference scheduled for Tuesday, May 18, 2021, at 2:00 p.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE