# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

    Plaintiff,

v.                                                                    No. CV 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

    Defendant.

## ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL
## AND SUBSTITUTION OF COUNSEL

**THIS MATTER** is before the Court on Defendant Tap Rock's *Unopposed Motion for Withdrawal of Counsel* (the "Motion"), (Doc. 104), filed June 24, 2021. In the Motion, counsel explains that Defendant "consents to the withdrawal and substitution of counsel." (Doc. 104 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the law firm of Sidley Austin LLP (Angela Zambrano, Margaret Allen, and Tayler Bragg) is hereby substituted as counsel for Defendant Tap Rock and that the law firm of Thompson & Knight LLP (Anthony J. Campiti and Lauren Timmons) is hereby withdrawn as counsel for Defendant Tap Rock.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE