# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

    Plaintiff,

v.                                                                 No. CV 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

    Defendant.

## ORDER RESETTING BRIEFING SCHEDULE
## AND STAYING DISCOVERY

**THIS MATTER** is before the Court upon receipt of the parties' *Joint Status Report Regarding Mediation* (the "JSR"), (Doc. 105), filed June 24, 2021. In the JSR, the parties explain that they participated in mediation but "did not reach an agreement to settle" and request that the Court modify its briefing schedule. (Doc. 105 at 1); *see* (Doc. 87). The parties also request that the Court "stay all other case management deadlines . . . pending a ruling on the Motion for Conditional Certification." *Id.*

**IT IS THEREFORE ORDERED** that Defendant may file its response to Plaintiff's *Motion for Conditional Certification and Court-Authorized* Notice, (Doc. 49), by **July 13, 2021**. Plaintiff may file a reply in support of his motion no later than **July 27, 2021**.

**IT IS FURTHER ORDERED** that discovery in this case shall be **STAYED** pending resolution of Plaintiff's *Motion for Conditional Certification and Court-Authorized Notice*, (Doc. 49).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE