# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GARY MARTIN,

    Plaintiff,

v.                                                        No. CV 20-170 WJ/CG

TAP ROCK RESOURCES, LLC.,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon communication from counsel that the matter has settled. **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **April 15, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

    **IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE