# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| GARY MARTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>TAP ROCK RESOURCES, LLC | Case No. 2:20-cv-170-WPJ-CEG<br><br>Jury Trial Demanded<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (Fed. R. Civ. P. 23) |

## ORDER APPROVING SETTLEMENT AND GRANTING DISMISSAL

Came on to be considered the Plaintiff's Unopposed Motion to Approve FLSA Settlement, Attorneys' Fees and Costs, and Plaintiff's Service Award, and the Court having reviewed the Motion is of the opinion that it should be and hereby is GRANTED.

It is therefore ordered that the Parties' Settlement Agreement is APPROVED.

1. The Court finds that the settlement memorialized in the Settlement Agreement falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court approves the notice methods, and forms to facilitate notice as agreed to by the Parties in the Settlement Agreement. The Notice is accurate, objective, and informative.

3. The Court approves Class Counsel's fees and costs as agreed to by the Parties' Settlement Agreement.

4. The Court appoints Simpluris to administer the Settlement and to perform duties in accordance with the terms of the Settlement Agreement.

5. The Court approves the incentive awards to Plaintiff and Opt-in Plaintiff Bragg.

6. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be

admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a class or collective action under the NMMWA or FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Released Parties have engaged in any wrongdoing.

7. It is further ordered that this case and all claims asserted in this case by all Plaintiff and Opt-in Plaintiffs are DISMISSED WITH PREJUDICE, each Party to bear its own costs.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE